07- 8404

# EXHIBIT "A"

22ⁿᵈ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY
STATE OF LOUISIANA

ROBCO, INC

VERSUS

THE TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT

2 0 0 7 - 1 4 3 8 7

NO. _____

FILED: __AUG 2 9 2007__

DIVISION "J."
S/CONNIE GENNARO
_____
DEPUTY CLERK

## PETITION FOR BREACH OF INSURANCE CONTRACT

**NOW INTO COURT,** through undersigned counsel, comes ROBCO, INC. ("Robco"), a Louisiana corporation organized and existing under the laws of the State of Louisiana with its principal place of business in the Parish of St. Tammany, which respectfully represents as follows:

**I.**

Made defendant is The Travelers Indemnity Company of Connecticut ("Travelers"), a Connecticut corporation licensed to do and doing business in the State of Louisiana. Travelers is in the business of, among other things, issuing policies of property insurance protecting its insureds against losses resulting from physical damage to property and against financial losses sustained as a result of that property damage.

**II.**

**ROBCO'S INSURED LOSSES**

On or about August 29, 2005, Hurricane Katrina caused significant damage to the building located at 2705 Collins Boulevard in Covington, Louisiana (the "Building"), which Building was owned by Robco and leased to Winn-Dixie Louisiana, Inc. ("Winn-Dixie").

**III.**

**TRAVELERS' POLICY OF INSURANCE**

Travelers issued to Robco a Policy of Insurance No. Y-660-795X9383-TCT-04, effective September 18, 2004 to September 18, 2005, (the "Policy").

**IV.**

The Policy insures against all risks of direct physical loss or damage to the Building and the personal property of the tenant of the Building.


FAX FILED
8/29/07

## V.

Under the Policy, Travelers agreed to value the loss and damage to the Building and the business personal property therein on a replacement cost basis.

## VI.

Subsequent to the devastation of Hurricane Katrina, the damage to the Building and business personal property was repaired at a cost of $78,424.07. The $78,424.07 in costs incurred to repair the Building is covered under the Travelers' Policy.

## VII.

Robco has submitted a claim to Travelers under the Policy for the loss and damage sustained at the Building, but Travelers has failed to make any payments whatsoever to satisfy the claim, which failure constitutes a breach of the Policy.

## VIII.

As a direct and proximate result of Travelers' breach of the Policy, Robco has been damaged in the amount of $78,424.07, exclusive of interest attorneys' fees and costs.

## IX.

In addition to recovery of all amounts due under the Policy, Robco is also entitled to recover applicable penalties and attorneys' fees under the provision of the Louisiana Insurance Code including, but not limited to, R.S. 22:658 and 22:1220.

## X.

**Plaintiff seeks trial by jury on all issues.**

**WHEREFORE**, Plaintiff prays that after due proceedings had there by judgment herein in favor Plaintiff and against Defendant, Travelers, for all sums due under the Policy. Plaintiff additionally prays that Defendant be required to pay all applicable penalties and damages under Louisiana law, as well as reasonable attorneys' fees, all costs of this action, interest according to law, and for any additional relief as the evidence may support or that equity and the cause may require.

-2-

Respectfully submitted,


_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
JILL S. WILLHOFT (#28990)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Robco, Inc.


PLEASE SERVE:

The Travelers Indemnity Company of Connecticut
Through the Louisiana Secretary of State
Legal Services Section
8549 United Plaza Boulevard
Baton Rouge, Louisiana

-3-

A TRUE COPY