# EXHIBIT "B"



CORPORATION SERVICE COMPANY

# Notice of Service of Process

NJP / ALL
Transmittal Number: 5380335
Date Processed: 10/09/2007

| | |
|---|---|
| **Primary Contact:** | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street, MC 515A<br>Saint Paul, MN 55102 |
| **Copy of transmittal only provided to:** | SOP Coordinator |
| **Entity:** | The Travelers Indemnity Company of Connecticut<br>Entity ID Number 2317466 |
| **Entity Served:** | Travelers Indemnity Company of Connecticut |
| **Title of Action:** | Robco, Inc vs. The Travelers Indemnity Company of Connecticut |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court:** | St. Tammany Parish District Court, Louisiana |
| **Case Number:** | 2007-14387J |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 10/09/2007 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | Secretary Of State |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney:** | Rufus C. Harris, III<br>504-525-7500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

10/05/07

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129


SUIT NO: 200714387
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY


ROBCO, INC.
vs
TRAVELERS INDEMNITY CO OF CONNECTICUT


Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

                              Yours very truly,

                              JAY DARDENNE
                              Secretary of State



Served on: JAY DARDENNE            Date:  10/04/07 at  3:00 PM
Served by: J BROWN                 Title: DEPUTY SHERIFF

================================================================================
Received      Number        Date      Paid By                   Amount
CHECK/M.O.    82647         9/10/07   ST. TAMMANY PRSH COC      25.00

EC
================================================================================

## NO. 667354



| | |
|---|---|
| ROBCO, INC. | No. 2007-14387 J   **SERVE** |
| | 22nd **Judicial District Court** |
| Versus | **Parish of St. Tammany** |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | **Louisiana** |

TO THE DEFENDANT   THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT THROUGH THE LOUISIANA SECRETARY OF STATE, LEGAL SERVICES SECTION, 8549 UNITED PLAZA BOULEVARD, BATON ROUGE, LOUISIANA

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   29TH   day of   AUGUST   A.D. 20 07

SERVED ON
JAY DARDENNE

OCT 04 2007

SECRETARY OF STATE
COMMERCIAL DIVISION
ISSUED: 9/10/07

*Malise Prieto*, CLERK OF COURT

A TRUE COPY

BY:   S/CONNIE GENNARO   *Connie Gennaro*
DEPUTY CLERK OF COURT
BY CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Attorney   ALFRED J. RUFTY  P01
650 POYDRAS ST., STE. 2710
NEW ORLEANS, LA 70130

Received on _____, 20___, and on the _____ day of _____, 20___,
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

K-101   101-15