UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | CIVIL ACTION |
| IN RE: SECTION F | * | RE KATRINA LITIGATION |
| NON-ALLSTATE/STATE FARM HURRICANE KATRINA CASES | * | SECTION "F" |

ORDER

The Court enters this order to avoid duplication of effort and unnecessary expense, as well as to simplify and expedite docketing. This Order pertains to cases in Section F relating to Hurricane Katrina-related cases that do not involve either State Farm or Allstate. The terms of this Order apply to all such cases currently pending, filed in, transferred, or removed to Section F.

The Court has already designated Liaison Co-Chairs: Peter J. Butler of Peter J. Butler, LLC and James M. Garner of Sher Garner Cahill Richter Klein & Hilbert, LLC as co-chairs plaintiffs' liaison counsel; and Gerald J. Nielsen of Nielsen Law Firm, LLC and Marshall M. Redmon of Phelps Dunbar, LLP as co-chairs defense liaison counsel.[1]

IT IS ORDERED: that Liaison Counsel are responsible for disseminating any non-case specific orders of the Court.

---

[1] By prior Order, this Court also designated the following additional plaintiffs' and defense counsel to serve as liaison counsel to assist the Court: Jack M. Alltmont of Sessions, Fishman, & Nathan; Judy Barrasso of Barrasso Usdin Kupperman Freeman & Sarver, LLC; Thomas G. Buck of Blue Williams, LLP; James H. Daigle of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; Ralph S. Hubbard III of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and Michael R.C. Riess of Kinsmill Riess, LLC.

IT IS FURTHER ORDERED: that counsel for plaintiff and counsel for the defendant contact respective Liaison Counsel to receive all applicable non-case specific orders.

IT IS FURTHER ORDERED: that any non-case specific orders will be docketed in C.A. Number 06-1745; counsel may also refer to that case for non-case specific orders.

New Orleans, Louisiana, September 12, 2007.

*Martin L. C. Feldman*
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE